# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 654 HEALTH AND WELFARE FUND et al., Plaintiffs, | : : : : : : : : : : : | Civil Action No. 18-5534 |
| v. | | |
| TINA HUDLOW et al., Defendants. | | |

## ORDER

This 26th day of March, 2019, it is hereby **ORDERED** that Plaintiffs' Motions to Dismiss Defendant's Counterclaims (ECF No. 9) and for Interpleader Deposit (ECF No. 4) are **GRANTED**, and Defendant's counterclaims are dismissed.

Within twenty-one (21) days of the date of this Order, The Union Labor Life Insurance Company on behalf of David Hudlow, Group Policy No. G-2860, shall deposit the interpleader funds in the amount of $50,000.00 with the Court Registry Investment System ("CRIS") Disputed Ownership Fund ("DOF"). Movant has no ownership interest in the funds deposited. These funds shall be administered by the Administrative Office of the United States Courts, which shall be authorized to collect the DOF and to meet all DOF tax administration requirements in accordance with the Standing Order Regarding Deposit and Investment of Registry Funds entered September 22, 2016.

                 /s/ Gerald Austin McHugh
                United States District Judge